NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**TQ BETA, LLC,**
*Appellant*

**v.**

**DISH NETWORK LLC, ECHOSTAR CORPORATION, ECHOSTAR TECHNOLOGIES LLC, HUGHES SATELLITE SYSTEMS CORPORATION, SLING MEDIA, LLC, fka Sling Media, Inc.,**
*Cross-Appellants*

**DISH NETWORK CORPORATION, DISH DBS CORPORATION**
*Appellees*

———————————

2017-1872, -2058

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01756 and IPR2015-01791.

———————————

## O R D E R

The above-captioned appeals appear to be related.

We consolidate the appeals, and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeals are consolidated.  The revised official caption is reflected above.  To align the briefing schedules, the court has designated TQ Beta, LLC as the appellant, and 2017-2058 shall be designated a cross-appeal.

(2)  The briefing schedule for the two consolidated appeals shall be as follows.  The certified list for 2017-2058 is due no later than June 28, 2017.  TQ Beta's principal brief is due no later than September 11, 2017.  The cross-appellants and appellees shall file a combined principal and response brief.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32